IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **COREY MORRELL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-CV-01466-L-BN** |
| | § | |
| **EXPERIAN INFORMATION** | § | |
| **SOLUTIONS, INC. and TRANS UNION,** | § | |
| **LLC,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

On April 30, 2026, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 111) was entered, recommending that the court grant Defendants Experian Information Solution Inc. and Trans Union LLC's Motion to Dismiss (Doc. 47) with respect to Plaintiff Corey Morrell's claims for alleged violations of the Texas Business and Commerce Code and dismiss with prejudice these claims, but allow Plaintiff to amend his pleadings with respect to his claims for alleged violations of the Fair Credit Reporting Act ("FCRA"); and deny as moot Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 75). No objections were filed within the 14-day deadline for filing objections to the Report.

Having considered the parties' Motions, briefs, the pleadings, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendants' Motion to Dismiss (Doc. 47) and **dismisses with prejudice** Plaintiff Corey Morrell's claims for alleged violations of the Texas Business and Commerce Code. The court **denies without prejudice** the Motion to Dismiss to the extent dismissal of Plaintiff's FCRA claims was sought; **grants** Plaintiff

Order – Page 1

leave to amend his pleadings with respect to his FCRA claims; and **denies as moot** Plaintiff's

Motion for Leave to File Second Amended Complaint (Doc. 75).

After issuance of the Report, Plaintiff filed his proposed second Amended Complaint (Doc.

112-1) as an attachment to a Notice of Substitution.  Accordingly, the clerk of court **shall file**

Plaintiff's Second Amended Complaint as a separate document and entry on the docket sheet

reflecting that this pleading was filed the same date that this order is docketed.

It is so ordered this 11th day of June, 2026.

Sam A. Lindsay
United States District Judge

**Order – Page 2**